# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 15, 2015

## NO.  03-15-00460-CV

**Kenneth Bryson and Sue Bryson, Appellants**

**v.**

**Thomas P. Allison, Appellee**

### APPEAL FROM COUNTY COURT OF MILAM COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on July 15, 2015.  Having reviewed the record, the Court holds that Kenneth Bryson and Sue Bryson have not prosecuted their appeal and did not comply with a notice from the Clerk of this Court.  Therefore, the Court dismisses the appeal for want of prosecution.  The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.